## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Beverly Wigginton

                       Plaintiff,

v.                                              Case No.: 3:23−cv−50030

                                                         Honorable Iain D. Johnston

Wallace, et al.

                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Telephonic motion hearing on Plaintiff's motion for leave to file an amended complaint [16] held 5/4/2023. As discussed in open court, Plaintiff's motion for leave to file an amended complaint [16] did not include the proposed amended complaint and is denied. Plaintiff is reminded that any motion for leave to file an amended complaint shall include the proposed amended complaint. Additionally, by 5/11/2023, the parties are to meet and confer and file a joint proposed case management order using the template found on Judge Jensen's webpage. If the Court agrees with the proposed schedule, the Court will adopt those dates and enter a case management order. The Court will set the next status date by minute entry. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.